District Court
In The Eastern District of Texas

[CLERK, U.S. DISTRICT COURT RECEIVED APR 09 2021 EASTERN DIST. OF TEXAS]

Jennifer Arndt
vs.
State of Texas

Civil Case NO:
6:21CV143 JDK/KNM

Criminal Case NO:
069897

Defendants motion for Extension of Time to File her motion to Vacate, Set Aside, or Correct Sentence, Pursant to Petition Discretionary Review.

Comes Now the Defendant/movant, Jennifer Arndt in PRO SE, in necessity, and hereby moves this Honorable Court to ISSUE an ORDER granting a (90) day extension of time to file her motion to Vacate, Set Aside, or Correct Sentence pursuant to Petition of Discretionary Review

The movant/Defendant avers that she has just recently become aware that her Conviction/Sentence was obtained under a Constitutional violation that resulted in the fundamental miscarriage of justice and or incarceration. In Support, the movant/defendant shows the court the following:

1.) The movants/Defendants A.E.D.P.A.

deadline has been met.

The Movant/Defendant has just recently discovered a Constitutional violation in the criminal process that produced her Conviction/Sentence, and wishes to file her request for relief, in Good Faith, Pursuant to Petition of Discretionary Review.

The Movant/Defendant Currently has no other choice but to represent herself in PRO SE in necessity. The Movant/Defendant has no training in the field of law and needs the additional time to research her recent discovery.

The Movant/Defendant has access to a limited law library as it contains 8 Computers to facilitate inmates here at William P. Hobby Unit. Whats more, after waiting her turn, the movant/Defendant is limited to Only two 2 hrs. to research and then must wait her turn again.

This motion is made in Good FAITH, in the Interest of Justice, and not meant to delay the Proceedings. The United States nor any other adverse party will be prejudiced by a ninety (90) day delay.

Wherefore Now, above premises Considered, the movant/Defendant respectfully moves this Honorable Court to Grant her a ninety (90) extension of time to file her petition of Discretionary Review motion.

Done this 4th, Day of April, 2021

Respectfully Submitted

*Jennifer Arndt*
Jennifer Arndt and "in" PRO Se
TDCJ #2272048  Rm: 36105T
Hobby Unit
742 fm 712
Marlin, TX 76661

Jennifer Arndt
TDCJ # 2272048
Hobby Unit
742 FM 712
Marlin, TX 76661

*CLERK, U.S. DISTRICT COURT RECEIVED APR 09 2021 EASTERN DIST. OF TEXAS*

April 4, 2021

Court of Appeals
In the          Circuit
Attn: Clerk of the Court
211 W Ferguson St. Rm # 106
     Tyler, TX 75702

RE: State of Texas v. Jennifer Arndt
Appeals No: 069897

Dear Clerk,

   At this time, I am requesting a copy of the Appellate Docket sheet, in the above styled case. Thank you in advance for your continued assistance.

                              Sincerely,

CC: P/file                    Jennifer Arndt
                              Jennifer Arndt

Jennifer Arndt #2202048
Hobby Unit 361057
742 FM 712
Marlin TX 76661

LEGAL

United States District Clerks
David O'Toole Clerk of Court
211 W. Ferguson St. Rm#106
Tyler, TX 75702

NORTH TEXAS TX P&DC
DALLAS TX 750
7 APR 2021 PM 5 L



75702-722099

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE – INSTITUTIONAL
DIVISION